MICHAEL J. HEYMAN
United States Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Ainsley.McNerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MCKAY EASTER,<br><br>Defendant. | No. 3:26-cr-00067-ACP-MMS<br><br>COUNT 1:<br>THREATS IN INTERSTATE COMMERCE<br>    Vio. of 18 U.S.C. § 875(c) |

**INFORMATION**

The United States Attorney charges that:

COUNT 1

On or about December 19, 2024, within the District of Alaska, the defendant, PAUL MCKAY EASTER, knowingly did transmit in interstate and foreign commerce a communication, and the communication contained a threat to kidnap and injure VICTIM 1, specifically by stating "It is time to take action. [VICTIM 1] will die. This is a direct threat. Come do something about it DoJ."

All of which is in violation of 18 U.S.C. § 875(c).

RESPECTFULLY SUBMITTED July 24, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


s/ *Ainsley McNerney*
AINSLEY MCNERNEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ *Ainsley McNerney*